Law Offices of Stephen Turano
60 Park Place
Suite 703
Newark, NJ 07102
(973) 236-0010
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MAG NO.: 11-8018

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Action |
| v. : | Hon. William H. Walls, U.S.D.J. |
| ARIS VENTURA : | ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE |
| Defendant. : | |

**THIS MATTER** having been opened to the Court by Stephen Turano, attorney for the Defendant Aris Ventura in the above-captioned matter, upon an application for an Order modifying the Order Setting Conditions of Pretrial Release to permit Mr. Ventura to leave his home at 5:00 a.m. instead of at 7:30 a.m. on May 20, 2012; and it appearing to the Court that Gianfranco Furelli, Pretrial Services Officer, and Ronnell Wilson, Assistant United States Attorney, having no opposition to the application of the Defendant;

**NOW THEREFORE**, it is on this 18th day of May, 2012

**ORDERED**, that the Order Setting Conditions of Release be and the same hereby is modified to permit Aris Ventura to leave his home on May 20, 2012 at 5:00 a.m.; and

**IT IS FURTHER ORDERED**, that all other Conditions of Release remain the same.

_____
Hon. William H. Walls, U.S.D.J.